| **United States District Court, Western District of Washington** | **No.** |
|---|---|
| Daniel A. McCaw, Plaintiff, | **Complaint** |
| vs. | |
| United States, Defendant. | |

Plaintiff Daniel A. McCaw brings this action against the United States and makes the following allegations and complaints:

## I. PARTIES

1. Plaintiff Daniel A. McCaw is an individual residing in Orting, Pierce County, Washington.
2. Defendant is the United States of America.

705 S 9th St, Suite 101<br>
Tacoma, WA 98405<br>
253-905-8415<br>
vitaliy@kertchenlaw.com<br>
www.kertchenlaw.com

Complaint -   - Page 1 of 3

## II. Jurisdiction and Venue

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question) and § 1346 (United States as defendant). The defendant is the United States of America and the plaintiff resides within the Western District of Washington. This Court has venue under 28 U.S.C. § 1391(e)(1).

## III. Facts

1. In June or July of 2016, Mr. McCaw ordered a firearm over the Internet from a dealer in Florida to be shipped to a local dealer in Pierce County. When Mr. McCaw attempted to finalize the transfer of that firearm with the local dealer, he was denied by the National Instant Criminal Background Check System (NICS). The dealer provided Mr. McCaw with a NICS Transaction Number (NTN) of 398X8BC.

2. Mr. McCaw requested from the FBI the reason for the denial. In a letter dated July 12, 2016, the FBI responded that Mr. McCaw's denial was "based on the Identification for Firearm Sales (IFFS) Flag maintained by the FBI." The letter explained that the FBI uses the IFFS program to "flag criminal history records indicating a federal firearm prohibition exists." It further "clarified" that the specific reason the FBI set the IFFS flag on Mr. McCaw is "unable to be determined."

3. Mr. McCaw has never been convicted of any crime in any court that carries a prohibition on firearm possession. He has never been involuntarily committed for mental health treatment or adjudicated as a mental defective. He is not a restrained party to any protection order. He has not been dishonorably discharged from the

705 S 9th St, Suite 101
Tacoma, WA 98405
253-905-8415
vitaliy@kertchenlaw.com
www.kertchenlaw.com

Complaint -   - Page 2 of 3

military. Overall, he has not suffered any firearm disabilities under state or federal law.

### IV. CAUSE OF ACTION

1. 18 U.S.C. § 925A, remedy for erroneous denial of firearm. NICS is erroneously denying Mr. McCaw a firearm when he is not prohibited by state or federal law from possessing one.

### V. REQUESTED RELIEF

1. That the Court order NICS to update Mr. Book's status to "proceed."
2. That the Court award Mr. McCaw attorney's fees and costs.
3. Any other legal or equitable relief as the Court sees fit.

Respectfully submitted,

*/s/ Vitaliy*

_____
Vitaliy Kertchen WSBA#45183
Attorney for Mr. McCaw
Date: 8/10/16

705 S 9th St, Suite 101
Tacoma, WA 98405
253-905-8415
vitaliy@kertchenlaw.com
www.kertchenlaw.com