Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL A. MCCAW, | CASE NO. 16-cv-05701-RJB |
| Plaintiff, | DECLARATION OF RECORD CUSTODIAN |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

I, Brian Allen Barker, hereby declare as follows:

1. I am a custodian of records of the Federal Bureau of Investigation ("FBI") Criminal Justice Information Services Division's National Instant Criminal Background Check System ("NICS") Section in Clarksburg, West Virginia. I have reviewed the information maintained by the NICS Section regarding an individual identified as Daniel A. McCaw.

2. Under the Brady Handgun Violence Prevention Act of 1993 ("Brady Act"), the U.S. Attorney General was charged with establishing a system, the NICS, which Federal Firearms Licensees ("FFL") must contact for a background check prior to transferring a firearm to a non-

DECLARATION OF RECORDS CUSTODIAN - 1
CASE NO. 16-cv-05701-RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

OCT-18-2016 04:50　　FBI　　P.002

licensee to determine if the transferee is prohibited under federal or state law from receiving or possessing a firearm.

3. When an individual (non-licensee) attempts to purchase a firearm, he or she must fill out an ATF Form 4473, which requests the personally identifying information regarding the potential purchaser to permit the FFL to conduct a background check with the NICS.

4. The NICS searches three electronic databases containing records, which may reveal information demonstrating the existence of state and federal records prohibiting receipt or possession of firearms. These databases are: (1) the National Crime Information Center (NCIC), containing records on wanted persons, protection orders, and other persons identified as relevant to the NICS searches; (2) the Interstate Identification Index (III), which contains criminal history records; and (3) the NICS Index, which contains information on prohibited persons as defined in 18 U.S.C. § 922(g) or (n).

5. If the potential purchaser's name does not match any records searched by the NICS, the NICS generates an automatic electronic response of "proceed" and a unique NICS transaction number (NTN).

6. Upon confirmation that a record demonstrates an individual is not prohibited from receiving a firearm, the NICS Section will inform the FFL to proceed with the transfer of the firearm and to record this answer on the ATF Form 4473.

7. If the potential purchaser's name is electronically matched with a record contained in any of the three databases, an NTN is generated and the NICS Section will perform a cursory review in an attempt to complete the transaction while still on the telephone with the FFL. If the NICS

DECLARATION OF RECORDS CUSTODIAN - 2
CASE NO. 16-cv-05701-RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Section is unable to complete the transaction, the NICS Section will inform the FFL the transaction must be delayed pending further research.

8. Upon confirmation that a record demonstrates an individual is prohibited from receiving a firearm, the NICS Section will inform the FFL to deny the transfer of the firearm and to record this answer on the ATF Form 4473.

9. The Brady Act (18 U.S.C. § 922(t)(2)(C)) requires that all NTNs and their creation dates be retained indefinitely. Additionally, the FBI, pursuant to 28 C.F.R. § 25.9, is required to maintain an automated NICS Audit Log of all incoming and outgoing transactions that pass through the system, including the type of transaction, the time and date of inquiry, identifying information about the prospective transferee, and the NTN. The NICS Audit Log is used to conduct audits of the use and performance of the NICS and to detect misuse of the NICS.

10. Pursuant to 28 C.F.R § 25.9(b)(l), however, the NICS Section is required to destroy all NICS Audit Log records relating to allowed transactions (other than the NTN assigned to the NICS transaction and the date the NTN was assigned). This destruction requires the NICS Section to destroy all personally identifying information regarding the transferee within 24 hours of informing an FFL that the transaction may proceed.

11. Due to these regulations, if a potential purchaser is delayed or denied a firearm, but later successfully appeals the decision, the NICS Section cannot retain a record of the overturned appeal.

12. Pursuant to the NICS regulations, 28 C.F.R. § 25.9(b)(1)(i), denial information is retained in perpetuity (within the Audit Log for ten (10) years and then transferred to a federal records center).

DECLARATION OF RECORDS CUSTODIAN - 3
CASE NO. 16-cv-05701-RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13. NICS has conducted an audit pursuant to 28 C.F.R §§ 25.9(2) and 25.11 of the NICS system for records associated with Daniel A. McCaw. As of October 17, 2016, the NICS revealed no records, in any of the databases searched indicating Mr. McCaw is prohibited from the receipt of a firearm in the state of Washington. The IFFS flag that had been placed on Mr. McCaw's record has been removed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 18th Day of October, 2016

_____

Brian Allen Barker
Legal Administrative Specialist
Clarksburg, West Virginia

DECLARATION OF RECORDS CUSTODIAN - 4
CASE NO. 16-cv-05701-RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the petitioner(s).

Vitaliy Kertchen
KERTCHEN LAW PLLC
705 S 9TH STREET
SUITE 101
TACOMA, WA 98405
253-905-8415
Email: vitaliv@kertchenlaw.com

DATED this 18th day of October, 2016

/s/ *Jessica M. Andrade*
JESSICA M. ANDRADE, WSBA #39297
Assistant United States Attorney
United States Attorney=s Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-8786
Fax: 206-553-4067
Email: Jessica.Andrade@usdoj.gov

DECLARATION OF RECORDS CUSTODIAN - 5
CASE NO. 16-cv-05701-RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

TOTAL P.005