| United States District Court<br>Western District of Washington | No. 3:16-cv-05701 |
|---|---|
| Daniel A. McCaw, Plaintiff,<br><br>vs.<br><br>United States, Defendant. | **Plaintiff's Motion to Dismiss** |

I. Motion

Plaintiff moves this Court for an order dismissing the case with prejudice. The case or controversy has been resolved.

| Respectfully submitted, | Without objection, |
|---|---|
| /s/ Vitaliy Kertchen | /s/ Jessica Andrade |
| _____ | _____ |
| Vitaliy Kertchen WSBA#45183 | Jessica Andrade |
| Attorney for Ms. Orrino | Assistant United States Attorney |
| Date: 11/15/16 | 11/15/16 |

705 S 9th St, Suite 101
Tacoma, WA 98405
253-905-8415
vitaliy@kertchenlaw.com
www.kertchenlaw.com

1  I hereby certify that on 11/15/16, I electronically filed the foregoing with the clerk of the
2  court using the CM/ECF System, which in turn automatically generated a Notice of Electronic
3  Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF
4  for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have
5  mailed by United States Postal Service the document to the following non-CM/ECF participants:
6  None.

Respectfully submitted,

/s/ Vitaliy Kertchen
_____
Vitaliy Kertchen WSBA#45183

705 S 9th St, Suite 101
Tacoma, WA 98405
253-905-8415
vitaliy@kertchenlaw.com
www.kertchenlaw.com

Motion to Dismiss - 3:16-cv-05701 - Page 2 of 2