| **United States District Court Western District of Washington** | **No. 3:16-cv-05701** |
|---|---|
| Daniel A. McCaw, Plaintiff, vs. United States, Defendant. | **Order Dismissing** |

I. ORDER

The Court, having considered plaintiff's motion to dismiss, **GRANTS** the motion. This case is dismissed with prejudice.

Date: _____              _____
                                             Judge Bryan

Respectfully submitted,             Without objection,

/s/ Vitaliy Kertchen               /s/ Jessica Andrade
_____            _____
Vitaliy Kertchen WSBA#45183     Jessica Andrade
Attorney for Ms. Orrino            Assistant United States Attorney
Date: 11/15/16                    11/15/16

705 S 9th St, Suite 101
Tacoma, WA 98405
253-905-8415
vitaliy@kertchenlaw.com
www.kertchenlaw.com